☒ FILED    ☐ LODGED

**Dec 15 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GAYLE L. HELART
Assistant United States Attorney
California State Bar No. 151861
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
Telephone: (602) 514-7500
Email: Gayle.Helart@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR25-01670-PHX-SMB (JZB) |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) and 2256 (Possession of Child Pornography) Count 1 |
| Bailey Christopher Dwyer, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**

On or about July 31, 2025, in the District of Arizona, and elsewhere, Defendant BAILEY CHRISTOPHER DWYER, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. The visual depictions involved a prepubescent minor and a minor who had not attained the age of 12 years. Some of the visual depictions possessed included:

| | |
|---|---|
| 1 | 0051.mp4.mp4 |
| 2 | 0035.mp4.mp4 |
| 3 | 0039.mp4.mp4 |
| 4 | 0053.mp4.mp4 |
| 5 | 2013-09-29 14.23.35.MP4 |
| 6 | 2017-03-15 16.56.38.MP4 |
| 7 | 2015-08-01 19.29.50.MP4 |
| 8 | 2019-06-03 04.38.54.MP4 |
| 9 | 2015-11-18 13.34.15.MP4 |
| 10 | 2024-04-14 12.25.21 |
| 11 | 2018-10-13 17.02.46 |
| 12 | b320d7f3-fb75-45f9-b647-767e0a56d5f.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

Dated this 15 day of December, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Gayle L. Helart*
GAYLE L. HELART
Assistant United States Attorney